IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02690-MSK-CBS

DEMETRIUS TERRELL FREEMAN

    Plaintiff,

v.

ALICIA VINEYARD, MLP
G. SANTINI, Dr.,
KELLAR, PAC.
CARI RITTER, PAC, and
100 JOHN AND JANE DOES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -7 2011

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 7th day of April, 2011.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02690-MSK-CBS

Demetrius Terrell Freeman
Reg. No. 12754-021
FCI – Florence
PO Box 6000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Alicia Vineyard, G. Santini, Kellar, and Cari Ritter

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Alicia Vineyard, G. Santini, Kellar, and Cari Ritter; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 3/14/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/7/11.

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk