**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 10-cv-02690-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** July 7, 2011 | **Courtroom Deputy:** Laura Galera |

DEMETRIUS FREEMAN,                                          Pro se (via phone)

      Plaintiff,

v.

ALICIA VINEYARD,
*MLP,*
DR. G.SANTINI,
*DR.*,
KELLAR,
*PAC,* and
CARI RITTER,
*PAC; 100 JOHN AND JANE DOES, ET. AL.*,

      Defendants.

USA,

      Interested Party                                       Nathalie E. Cohen

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 10:46 a.m.

Court calls case. Appearance of counsel. Plaintiff appears *pro se* via phone.

Court addresses the parties regarding pending motions and the claims as stated in the Complaint.

For the reasons as stated on the record, it is:

**ORDERED:** Plaintiff's Motion to Amend Complaint [32] is DENIED.

**ORDERED:** Plaintiff's Motion to Amend Complaint [33] is DENIED.

**ORDERED:** Plaintiff to file his Motion for Leave to File an Amended Complaint and attach the proposed amended complaint no later than **July 18, 2011.** When the amended complaint is filed, another preliminary scheduling conference will be set.

**ORDERED:** Motion to Substitute the United States as Defendant for Claims Two, Four and

Six [45] is DENIED WITHOUT PREJUDICE.

HEARING CONCLUDED.
**Court in recess:        11:29 a.m.**
Total time in court:    00:43

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.