**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 10-cv-02690-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: September 9, 2011** | **Courtroom Deputy:** Laura Galera |

DEMETRIUS FREEMAN,                                        Pro se (via phone)

    Plaintiff,

v.

ALICIA VINEYARD, *et al.*,                                  Nathalie E. Cohen

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:  TELEPHONIC PRELIMINARY RULE 16(b) SCHEDULING
                     CONFERENCE**
**Court in session:        9:25 a.m.**
Court calls case.  Appearance of counsel.  Plaintiff appears *pro se* via phone.

Discussion regarding Plaintiff's Motion to Amend Complaint [64].

Plaintiff advises the court that he wishes to move forward with the first claim for relief and withdraws the second claim for relief in the amended complaint [16].

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE PRELIMINARY SCHEDULING CONFERENCE HELD THIS DATE:**
Discovery Cut-off: **December 30, 2011.**

Parties shall designate affirmative experts **on or before November 1, 2011.**

Parties shall designate rebuttal experts **on or before December 1, 2011.**

**ORDERED:**   Plaintiff's Motion to Amend Complaint [64] is GRANTED.  The amended complaint is accepted as of today only as to the first claim for relief. The second claim for relief will be struck from the amended complaint.

HEARING CONCLUDED.
**Court in recess:       10:06 a.m.**
Total time in court:     00:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.