IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-02690-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 2, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| DEMETRIUS TERRELL FREEMAN, | Pro se *(by telephone)* |
| Plaintiff, | |
| v. | |
| MLP ALICIA VINEYARD, | Nathalie Cohen |
| DR. G. SANTINI, | |
| PA-C KELLAR, and | |
| PA-C CARI RITTER, 100 John and Jane Does et. al., | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:     2:32 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Defendants' Motion to Stay Discovery [Doc. No. 82], Plaintiff's Motion for Production [Doc. No. 86], Plaintiff's Motion for Subpoena [Doc. No. 87], Plaintiff's Supplemental Motion for Production (Rule 34) [Doc. No. 100], Plaintiff's Supplemental Motion for Subpoena (Rule 45) [Doc. No. 101], and Plaintiff's Motion for Injunctive Relief [Doc. No. 106].

Discussion regarding Plaintiff's medical records, Plaintiff serving requests for production, Plaintiff's medical condition, videotape of Plaintiff's cell block, transferring Plaintiff to another facility, entering default, Defendants' Motion to Dismiss Second Amended Complaint [Doc. No. 78], serving interrogatories, and appointing counsel for Plaintiff.

**ORDERED:**  Defendants' Motion to Stay Discovery [Doc. No. 82] is DENIED WITHOUT PREJUDICE.

**ORDERED:** Plaintiff's Motion for Production [Doc. No. 86] is DENIED.

**ORDERED:** Plaintiff's Motion for Subpoena [Doc. No. 87] is DENIED.

**ORDERED:** Plaintiff's Supplemental Motion for Production (Rule 34) [Doc. No. 100] is DENIED.

**ORDERED:** Plaintiff's Supplemental Motion for Subpoena (Rule 45) [Doc. No. 101] is DENIED.

**ORDERED:** Plaintiff may file a reply in support of his Motion for Injunctive Relief [Doc. No. 106] on or before **December 21, 2011.**

HEARING CONCLUDED.

**Court in recess**: **3:52 p.m.**
Total time in court:   1:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.