IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02690-MSK-CBS

DEMETRIUS FREEMAN,
    Plaintiff,
v.

ALICIA VINEYARD, MLP,
    Defendant.

ORDER FOR CLERK OF THE COURT TO ISSUE SUBPOENA

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Plaintiff, Mr. Freeman's "Motion for Subpoena" (filed August 27, 2012) (Doc. # 184).  Pursuant to the Order of Reference dated April 7, 2011 (Doc. # 22) and the memorandum dated August 28, 2012 (Doc. # 185), this matter was referred to the Magistrate Judge.  On January 14, 2011, the court granted Mr. Freeman leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 12).  It is now ORDERED that:

    1.    Mr. Freeman's "Motion for Subpoena" (filed August 27, 2012) (Doc. # 184) is GRANTED IN PART AND DENIED IN PART.

    2.    The Clerk of the Court shall issue a subpoena to the Federal Bureau of Prisons, FCI Florence, 5880 Hwy. 67 South, Florence, CO 81226 to produce the following:

> Any documents or electronically stored information that reflects any and all medical rounds conducted in the Special Housing Unit "SHU" by defendant Vineyard during the time frame of December 7, 2009 to December 14, 2009.

1

>Any video tapes that show Ms. Vineyard conducting rounds in the "SHU" during the time frame of December 7, 2009 to December 14, 2009.
>
>Any video of the "SHU" E or any video showing Mr. Freeman's movements to and from the medical department during the time frame of December 7, 2009 to December 29, 2009.

(*See* Doc. # 174 at 2 of 3).

2.    The items shall be produced to Demetrius Terrell Freeman, # 12754-021, ATWATER U.S. PENITENTIARY, Inmate Mail/Parcels, P.O. BOX 019001, ATWATER, CA 95301, on or before October 1, 2012.

3.    The United States Marshal shall serve the subpoena. All costs of service shall be advanced by the United States.

4.    Mr. Freeman's Motion is DENIED as to production of electronically stored information or records showing the number of times Mr. Freeman pushed the emergency button.

Dated at Denver, Colorado this 28th day of August, 2012.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge