IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 10-cv-02690-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: September 13, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

DEMETRIUS TERRELL FREEMAN,  *Pro Se (appearing by telephone)*

    Plaintiff,

v.

ALICIA VINEYARD, *et al.*,  Nathalie Erin Cohen

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 10:43 a.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding all pending referred motions.

**ORDERED:** The court **GRANTS** the plaintiff's MOTION for Telephone Hearing (Docket No. 189, filed on 9/7/2012). The court **WITHDRAWS** the plaintiff's MOTION for the Appointment of Counsel (Docket No. 192, filed on 9/10/2012).

Discussion between the court and Mr. Freeman regarding the plaintiff's MOTION in Opposition of Deposition Notice (Docket No. 188, filed on 9/7/2012), Rule 30(a)(2), Rule 26(b)(2).

**ORDERED:** The court **WITHDRAWS** the plaintiff's MOTION in Opposition of Deposition Notice (Docket No. 188, filed on 9/7/2012).

Discussion between the court and Mr. Freeman regarding the objections to the answers of the interrogatories (number 5, number 3, number 9, and number 12), Rule 26(b)(1), Mr. Freeman filing a motion to compel, taking depositions, funding for a court reporter, Rule 26(a)(1) and providing

witness disclosures, and Mr. Freeman wanting to stay discovery so he can file his motion to compel.

**ORDERED:** The court **WITHDRAWS** the plaintiff's MOTION to Stay Discovery (Docket No. 195, filed on 9/10/2012). The court **DENIES without prejudice** the plaintiff's MOTION for Subpoenas (Docket No. 196, filed on 9/10/2012). The court **WITHDRAWS** the plaintiff's MOTION for Leave to Take Depositions (Docket No. 197, filed on 9/10/2012). The court **WITHDRAWS** the plaintiff's MOTION for Disclosure of Expert Witnesses and Witnesses (Docket No. 199, filed on 9/10/2012).

Discussion between the court and Mr. Freeman regarding his MOTION for Expert Witness (Docket No.198, filed on 9/10/2012) and Rule 56 pertaining to the filing motions for summary judgment.

**ORDERED:** The court **DENIES without prejudice** the plaintiff's MOTION for Expert Witness (Docket No.198, filed on 9/10/2012).

Discussion regarding the plaintiff's MOTION to Appointment of Counsel (Docket No. 200, filed on 9/10/2012).

**ORDERED:** The plaintiff's shall file his motion to compel **on or before October 4, 20120/4/2012**. Defendant, Ms. Vineyard, shall supplement her answer to interrogatory number three (3) **no later than September 20, 2012**.

Discussion between the court and Mr. Freeman regarding the issued subpoena, how to reference the submitted video, and Mr. Freeman's movements to and from medical.

**ORDERED:** The court **DENIES** the plaintiff's MOTION for an Order to Compel (Docket No. 201, filed on 9/10/2012).

Further discussion between the court and Mr. Freeman regarding his MOTION to Appointment of Counsel (Docket No. 200, filed on 9/10/2012), Rule 15(a), and filing a motion to amend. The court informs Mr. Freeman that it shall place his name on the court list for counsel. The court further informs Mr. Freeman that a written order shall be issued to address his MOTION to Appointment of Counsel (Docket No. 200, filed on 9/10/2012).

HEARING CONCLUDED.

**Court in recess**: **12:12 p.m.**
Total time in court:   01:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.