IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02690-MSK-CBS

DEMETRIUS FREEMAN,
    Plaintiff,
v.

ALICIA VINEYARD, MLP,
    Defendant.

---

## ORDER FOR CLERK OF THE COURT TO ISSUE SUBPOENA

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Plaintiff, Mr. Freeman's "Motion for Subpoena" (filed October 4, 2012) (Doc. # 230). Pursuant to the Order of Reference dated April 7, 2011 (Doc. # 22) and the memorandum dated October 9, 2012 (Doc. # 232), this matter was referred to the Magistrate Judge. On January 14, 2011, the court granted Mr. Freeman leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 12). It is now ORDERED that:

    1.    Mr. Freeman's "Motion for Subpoena" (filed October 4, 2012) (Doc. # 230) is GRANTED IN PART.

    2.    The Clerk of the Court shall issue a subpoena to the Federal Bureau of Prisons, FCI Florence, 5880 Hwy. 67 South, Florence, CO 81226 to produce the following:

> Any video tapes that show Ms. Vineyard conducting medical rounds in the "SHU" during the time frame of July 4, 2012 to October 4, 2012.

    3.    The items shall be produced to Demetrius Terrell Freeman, # 12754-021, ATWATER U.S. PENITENTIARY, Inmate Mail/Parcels, P.O. BOX 019001, ATWATER, CA 95301, on or before November 21, 2012.

    4.    The United States Marshal shall serve the subpoena. All costs of service shall

be advanced by the United States.

  Dated at Denver, Colorado this 10th day of October, 2012.

              BY THE COURT:

              s/ Craig B. Shaffer
              United States Magistrate Judge