IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:10-cv-02690-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 10, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                              *Counsel:*

DEMETRIUS TERRELL FREEMAN,               *Pro Se (appearing by telephone)*

     Plaintiff,

v.

ALICIA VINEYARD,                                  Nathalie Erin Cohen

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:     12:21 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the plaintiff's MOTION for an Order (Docket No. 219, filed on 9/26/2012).

**ORDERED:**   The court **DENIES without prejudice** the plaintiff's MOTION for an Order (Docket No. 219, filed on 9/26/2012).

Discussion regarding the plaintiff's MOTION to Compel (Docket No. 220, filed on 9/26/2012) and the plaintiff's Supplemental Motion to Compel re #220 MOTION to Compel (Docket No. 221, filed on 9/26/2012).

The court and the parties go through each of the interrogatories in question to determine exactly which ones the plaintiff is moving to compel: #2 (defense counsel agrees to supplement this response); #3 (defendant is not required to supplement ); #4 (defendant is not required to supplement); #5 (withdrawn); #6 (defendant is not required to supplement); #7 (withdrawn by the plaintiff); #8 (defendant is not required to supplement); #9 (defendant is not required to supplement); #10 (defendant is not required to supplement); #12 (defendant is not required to supplement); #13

(withdrawn by the plaintiff); #14 (there is a typo that should be corrected but the defendant is not required to supplement); #15 (defendant is not required to supplement); #16 (defendant is not required to supplement); #23 (defendant is not required to supplement); and #25 (withdrawn by the plaintiff).

**ORDERED:**   The court **DENIES** the plaintiff's MOTION to Compel (Docket No. 220, filed on 9/26/2012).  The court **DENIES** the plaintiff's Supplemental Motion to Compel re #220 MOTION to Compel (Docket No. 221, filed on 9/26/2012).  The defendant shall be requested to supplement the response to interrogatory number two (2).

Discussion regarding the defendant's MOTION to Strike #220 MOTION to Compel, #221 MOTION to Supplement #220 MOTION to Compel (Docket No. 225, filed on 9/27/2012).

**ORDERED:**   The court **DENIES AS MOOT** the defendant's MOTION to Strike #220 MOTION to Compel, #221 MOTION to Supplement #220 MOTION to Compel (Docket No. 225, filed on 9/27/2012).

Discussion regarding the plaintiff's MOTION for Order to Hold the FBOP in Contempt, Issue Sanctions, or any Applicable Measure Available for Disregard of the Courts Order for Supoena [*sic*] and Request for Telephonic Hearing (Docket No. 228, filed on 10/1/2012).

**ORDERED:**   The court **DENIES** the plaintiff's MOTION for Order to Hold the FBOP in Contempt, Issue Sanctions, or any Applicable Measure Available for Disregard of the Courts Order for Supoena [*sic*] and Request for Telephonic Hearing (Docket No. 228, filed on 10/1/2012).

Discussion regarding the plaintiff's MOTION for Subpoena (Docket No. 230, filed on 10/4/2012).

**ORDERED:**   The court **GRANTS** the plaintiff's MOTION for Subpoena (Docket No. 230, filed on 10/4/2012).

Discussion regarding the plaintiff's MOTION for Production (Docket No. 231, filed on 10/4/2012).

**ORDERED:**   The court **DENIES** the plaintiff's MOTION for Production (Docket No. 231, filed on 10/4/2012).

The court reminds the parties that the dispositive motion deadline is October 15, 2012 and that all discovery has ended.

Discussion between the court and the plaintiff regarding the filing of motions for summary judgment and Judge Krieger's practice standards.

HEARING CONCLUDED.   **Court in recess**:        **1:56 p.m.**        Total time in court:    01:14