IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-02690-MSK-CBS

DEMETRIUS TERRELL FREEMAN,

    Plaintiff,

v.

ALICIA VINEYARD, MLP,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 6, 2013 **(Doc. #258)**, Granting Defendant's Motion for Summary Judgment, it is

ORDERED that judgment is entered in favor of the defendant Alicia Vineyard, MLP and against Plaintiff Demetrius Terrell Freeman on all claims in this action. The Plaintiff's claims are dismissed without prejudice for failure to exhaust administrative remedies and the case is closed. It is further

ORDERED that defendant is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day September, 2013.

                                        ENTERED FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/Edward P. Butler
                                        Edward P. Butler, Deputy Clerk